UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                              :

U.S. ANESTHESIA PARTNERS,          :
                              :

               Movant,         :

                              :         26-MC-198 (JMF)

     -v-                     :

                              :          <u>ORDER</u>

THE SEGAL GROUP, INC.            :

                              :

              Respondent.     :

                              :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 4, 2026, Movant U.S. Anesthesia Partners, Inc. filed a motion to compel compliance with a subpoena served on Respondent The Segal Group in connection with a lawsuit pending in the United States District Court for the Southern District of Texas. *See* ECF No. 1.

Based on a quick review of the motion papers, the Court is inclined to believe that the issues are more appropriately decided by the judge presiding over the underlying matter and that transfer to the Southern District of Texas pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. *See* Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."). **No later than May 12, 2026, Respondent shall file a letter indicating whether it would consent to such transfer. If Respondent does not consent, Movant may file a letter addressing the issue of transfer within one business day of Respondents' letter.**

Unless and until the Court (or the transferee court in the event of any transfer) orders otherwise, no later than **May 7, 2026**, Movant shall serve this Order and (unless already served)

its motion papers, both electronically and/or by overnight courier, on all parties in the Southern District of Texas action and file proof of such service on the docket.  Any opposition to the motion — including any opposition by other parties in the Southern District of Texas action — shall be filed no later than **May 14, 2026**.  No reply may be filed absent leave of Court.

      SO ORDERED.

Dated: May 5, 2026
      New York, New York

                                         JESSE M. FURMAN
                                    United States District Judge