UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
U.S. ANESTHESIA PARTNERS,                                               :
                                                                        :
                                    Movant,                             :
                                                                        :          26-MC-198 (JMF)
              -v-                                                       :
                                                                        :          TRANSFER ORDER
THE SEGAL GROUP, INC.,                                                  :
                                                                        :
                                    Respondent.                         :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On May 12, 2026, Respondent The Segal Group, Inc. filed a letter consenting to the
transfer of this case to the United States District Court for the Southern District of Texas and to
the presiding judge in *Electrical Medical Trust v. U.S. Anesthesia Partners, Inc*, No. 4:23-CV-
4398 (S.D. Tex.), pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.  *See* ECF No.
15.  Accordingly, this case is hereby TRANSFERRED.  All pending deadlines are moot.  The
Clerk of the Court is directed to transfer this case to the United States District Court for the
Southern District of Texas **immediately**, without regard to Local Rule 83.1.

              SO ORDERED.

Dated: May 12, 2026                        _____
       New York, New York                          JESSE M. FURMAN
                                                  United States District Judge